

AYC
5/16/18

FILED

2018 MAY 16 PM 12: 13

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. '18 MJ8755 |
|---|---|
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 8, U.S.C., § 1325<br>Illegal Entry (Misdemeanor) |
| Jesus Marciano CRUZ-Zarate, | |
| Defendant. | |

The undersigned complainant being duly sworn states:

On or about May 14, 2018, within the Southern District of California, defendant, Jesus Marciano CRUZ-Zarate, an alien, did knowingly and willfully enter the United States at a place other than as designated by immigration officers, eluding examination and inspection by Immigration Officers, a misdemeanor; in violation of Title 8, United States Code, Section 1325.

1    And the complainant states this complaint is based on the attached Statement of Facts,

2  which is incorporated herein by reference.

3

4

5                                    ROBERT REYES
                                     BORDER PATROL AGENT
6

7    SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 16TH

8  DAY OF MAY 2018.

9

10

11                                   HON. PETER C. LEWIS
                                     U.S. MAGISTRATE JUDGE
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

1  UNITED STATES OF AMERICA
                    v.
2  Jesus Marciano CRUZ-Zarate

3                          STATEMENT OF FACTS
4
5       This complaint states this complaint in based upon the investigative report by Border
6  Patrol Agent (BPA) A. Hurtado that defendant, Jesus Marciano CRUZ-Zarate (CRUZ),
7  entered the United States and was arrested on May 15, 2018 at 8:a.m., near Calexico,
8
9  California.

10      On May 15, 2018, BPA M. Coronado was conducting his assigned line-watch duties
11 approximately .5 miles east of the Calexico West Port of Entry.  This area is within the city
12
13 of Calexico, California which consists of residential, commercial buildings and the New
14 River.  Aliens frequently use this area to illegally enter into the United States in an attempt to
15 blend in with the local populace.
16
17      On May 15, 2018 at approximately 8:00 a.m., Remote Video Surveillance System
18 (RVSS) operators informed BPAs in the field that Calexico Police Department requested
19 assistance with a possible illegal alien. BPA Coronado responded to the call and encountered
20
21 an individual, later identified as CRUZ.  BPA Coronado identified himself as a BPA and
22 questioned CRUZ as to his citizenship. CRUZ stated he was a citizen Mexico without the
23 proper documentation to remain, work, or reside in the United States legally. BPA Coronado
24
25 asked CRUZ when did he illegally entered the United States.  CRUZ stated that he crossed
26 the previous day at 10:00 a.m.  BPA Coronado placed CRUZ under arrest for this illegal
27 entry into the United States.
28

                                    3

1   Record checks revealed that CRUZ was most recently removed from the United

2   States by a Designated Official on May 13, 2018 through Calexico, California.

3
    CRUZ was read his rights as per Miranda.  CRUZ stated he understood his rights and
4
5   agreed to give a statement without the presence of an attorney.  CRUZ stated that he is a

6   citizen of Mexico and does not possess any documentation to enter or remain in the United

7
    States legally.  CRUZ stated he intended to enter the United States at this time and was
8
9   planning to travel anywhere in California.

10   There is no evidence showing CRUZ has applied for and sought or received

11
    permission from the United States Attorney General or the Secretary of the Department of
12
13   Homeland Security to enter the United States after being previously removed.

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4